IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR106 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| JUAN ROBLEDO-SOTO, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court following an evidentiary hearing on October 4, 2005. Defendant presented evidence that he was only 17 years of age at the time of the alleged crimes charged in the Indictment in this case. The court has reviewed the evidence and has determined that it does not have jurisdiction over the defendant in this case, because of his age. Therefore, this case is hereby dismissed as to this defendant.

IT IS ORDERED THAT this case is dismissed as to defendant JUAN ROBLEDO-SOTO.

DATED this 4th day of October, 2005

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge